UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY KINDT, an individual;
and MARY KINDT as Next Friend
of her son JOSHUA GONZALES,

       Plaintiffs,                              Case No. 1:07-CV-1240

v.                                                Hon. Robert J. Jonker

KALAMAZOO BREAKTHROUGH
CONSUMER HOUSING COOPERATIVE,
et al,

       Defendants.
_____/

**ORDER GRANTING MOTION FOR
APPOINTMENT OF NEXT FRIEND**

This matter comes before the court on the Motion for Appointment of Next Friend filed by petitioner and Plaintiff Mary Kindt, the natural mother of Joshua Gonzales (docket no. 2). The court finding that Joshua Gonzales is a minor, incapable of acting on his own behalf; that the minor does not currently have a conservator appointed to represent him; that a next friend should be appointed to act on his behalf in this matter, and that Mary Kindt is a responsible and competent person capable of serving as her child's next friend,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion is GRANTED and that Mary Kindt is hereby appointed to serve as Next Friend for Joshua Gonzales in this proceeding.

Dated: February 8, 2008                           /s/ Hugh W. Brenneman, Jr.
                                                              HUGH W. BRENNEMAN, JR.
                                                              United States Magistrate Judge